JS - 6

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV 21 2012
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV 20 2012
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>$1,026,781.61 IN FUNDS FROM FLORIDA CAPITAL BANK,<br><br>     Defendant. | Case No. SACV 09-04381-MLG<br>  and related case,<br>Case No. SACV 09-00716-MLG<br><br>JUDGMENT |

   IT IS ADJUDGED that Claimants' Motion for Summary Judgement is GRANTED and the Complaint is DISMISSED with Prejudice.

Dated: November 20, 2012

                              MARC L. GOLDMAN
                              _____
                              Marc L. Goldman
                              United States Magistrate Judge